IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-00170-WDM-PAC

AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,

    Plaintiff,

v.

RONALD WALLACE, STACE YATER-WALLACE, SAVIO MARKETING COMPANY, LLC AND ZG PROPERTIES,

    Defendants.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 15, 2005.

                        BY THE COURT:


                        /s/ Walker D. Miller
                        United States District Judge